# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ernesto Rayo Morales**              Docket No. 7:08-CR-69-1BO

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ernesto Rayo Morales, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute More Than 500 Grams of Methamphetamine, in violation of 21 U.S.C. § 846; four counts of Distribution of a Quantity of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1); and Possession With the Intent to Distribute a Quantity of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 15, 2009, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On April 29, 2015, the custody term was reduced to 121 months pursuant to 18 U.S.C. § 3582(c)(2).

Ernesto Rayo Morales was released from custody on April 12, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At sentencing, the court ordered that upon completion of the term of imprisonment, the defendant was to be surrendered to a duly-authorized immigration official for deportation in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. § 1101, and that if ordered deported, the defendant shall remain outside the United States. On April 5, 2016, the U.S. Probation Office received verification that the defendant was born in Los Angeles, California, confirming his status as a U.S. citizen.

**PRAYING THAT THE COURT WILL ORDER** the supervised release condition regarding deportation be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,             I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton             /s/ Jay Kellum
Robert L. Thornton             Jay Kellum
Supervising U.S. Probation Officer             U.S. Probation Officer
            200 Williamsburg Pkwy, Unit 2
            Jacksonville, NC 28546-6762
            Phone: 910-346-5109
            Executed On: October 31, 2017

Ernesto Rayo Morales
Docket No. 7:08-CR-69-1BO
Petition For Action
Page 2

ORDER OF THE COURT

Considered and ordered this \_\_\_31\_\_\_ day of \_\_\_October\_\_\_, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge